# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

No. 15-5257                        September Term, 2015

1:15-cv-00109-UNA

Filed On: January 4, 2016

In re: Cherron Marie Phillips,

       Petitioner

**BEFORE:** Kavanaugh and Pillard, Circuit Judges, and Ginsburg, Senior Judge

### O R D E R

Upon consideration of the petition for writ of habeas corpus, and the motion for judicial notice, it is

**ORDERED** that the petition be dismissed for lack of jurisdiction without prejudice to refiling in the appropriate district court. This court lacks jurisdiction over an original habeas petition. See Felker v. Turpin, 518 U.S. 651, 660-61 (1996). Petitioner can obtain habeas relief only in the federal district court which has jurisdiction over petitioner's custodian, see Rumsfeld v. Padilla, 542 U.S. 426 (2004), and transfer would not be in the interest of justice, see 28 U.S.C. § 1631. It is

**FURTHER ORDERED** that the motion for judicial notice be dismissed as moot.

Pursuant to D.C. Circuit Rule 36, this disposition will not be published.

### Per Curiam

                                FOR THE COURT:
                                Mark J. Langer, Clerk

                BY:     /s/
                                Robert J. Cavello
                                Deputy Clerk